UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Miquel Villafranca,                                         Civil 09-2880 JNE/FLN

       Plaintiff,

    v.                                                              O R D E R

Nor-ell, Inc.,

       Defendant.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated March 18, 2010, all the files and

records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is dismissed for lack of prosecution.

DATED: _April 13, 2010.           s/ Joan N. Ericksen
at Minneapolis, Minnesota       JUDGE JOAN N. ERICKSEN
                           United States District Court